IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **EUGENE DANIEL MELSON, and CATHLIN MELSON** | § § § § | **PLAINTIFFS** |
| v. | § § | Civil No. 1:11cv441-HSO-RHW |
| **AMERICAN HONDA MOTOR CO., INC., and COAST CYCLE WORLD, INC., and JOHN DOES 1-5** | § § § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard on the Motion [36] to Dismiss for Failure to Prosecute and for Failure to Comply with Prior Order of the Court, filed by Defendant American Honda Motor Co., Inc.  The Court, after a full review and consideration of the parties' submissions, the pleadings on file and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 11th day of January, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE